UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kimberly Crosson

    v.                                             Case No. 25-CV-118-LM-AJ

Smart Styles Salon


ORDER

No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Andrea K. Johnstone dated April 21,
2025.  "'[O]nly those issues fairly raised by the objections to the
magistrate's report are subject to review in the district court and
those not preserved by such objection are precluded on appeal.'"
School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st
Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848
F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to
file a specific objection to magistrate's report will waive the right
to appeal).

The clerk shall enter judgment and close this case.

_____
LaNaya B. McCafferty
Chief Judge

Date: May 27, 2025

cc:  Kimberly Crosson, pro se